UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BUFFEY SIMON-LEONARD,

    Plaintiff,

v.                                          Case No: 8:15-cv-2655-T-36JSS

PASCO COUNTY SCHOOL BOARD,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on December 8, 2017 (Doc. 49). In the Report and Recommendation, Magistrate Judge Sneed recommends that the Verified Motion of Defendant to Tax Costs (Dkt. 45) be granted in part, as to Defendant's entitlement to costs in the amount of $5,100.94, and denied in part, as to the $675 Defendant requests in mediation fees. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 49) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    The Verified Motion of Defendant to Tax Costs (DOC. 45) is GRANTED in part and DENIED in part. The motion is GRANTED as to Defendant's entitlement to

costs in the amount of $5,100.94, and denied, as to the $675 Defendant requests in mediation fees.

(3) The Clerk is directed to tax costs against Plaintiff in the amount of $5,100.94.

**DONE AND ORDERED** at Tampa, Florida on December 28, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record